**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Julius NESBITT, a/k/a Butch,**
**Defendant—Appellant.**

No. 10–4645.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 29, 2010.

Decided: July 30, 2010.

Louis H. Lang, Callison, Tighe & Robinson, LLC, Columbia, South Carolina, for Appellant. Peter Thomas Phillips, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before DUNCAN, DAVIS, and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julius Nesbitt seeks to appeal the district court's order denying his motion for reconsideration of its denial of his suppression motion and motion for a hearing pursuant to *Franks v. Delaware*, 438 U.S. 154, 98 S.Ct. 2674, 57 L.Ed.2d 667 (1978). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Nesbitt seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*